UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BEESON, )<br>    Plaintiff, )<br>  )<br>  v.  ) CAUSE NO.  1:06-cv-1694-SEB-**JMS**<br>  )<br> MED-1 SOLUTIONS, LLC, )<br>    Defendant. ) | |

### ORDER VACATING JUDGMENT OF SEPTEMBER 25, 2008

Defendant, Med-1 Solutions, LLC, by counsel, moved this Court to alter and amend the Final Judgment, Docket No. 86, entered on September 25, 2008, pursuant to Federal Rule of Civil Procedure 59(e). The Court finds that Final Judgment may not be entered in this cause prior to notice to the class members as contemplated by Federal Rule of Civil Procedure 23. The Court therefore finds that the Defendant's motion should be granted.

IT IS THEREFORE ORDERED by this Court that the Final Judgment of September 25, 2008, docket number 86, is hereby vacated. Plaintiff and class representative William Beeson is to submit to this Court for approval a proposed notice to the class members pursuant to Federal Rule of Civil Procedure 23(c)(2)(B). The Court's Entry Addressing Pending Motions of September 25, 2008, docket number 85, remains in full force and effect.

Dated:  10/08/2008           .

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

061518 / 663612-1

Distribution attached:

Glenn S. Vician   bhbv@netnitco.net; bhb2@netnitco.net
Bowman, Heintz, Boscia & Vician P.C.
8605 Broadway
Merrillville, IN 46410

Robert Stochel   res@reslaw.org
Hoffman & Stochel
Suite 306 One Professional Center
Crown Point, IN  46307

Peter A. Velde  pvelde@k-glaw.com
Nicholas W. Levi nlevi@k-glaw.com
Eric D. Johnson ejohnson@k-glaw.com
KIGHTLINGER & GRAY, LLP
151 N. Delaware St. Suite 600
Indianapolis, IN 46204

061518 / 663612-1